IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Civil Action No. 25-cv-00655-PAB
(Bankr. No. 24-11589-MER)

In re:

Abass Yaya Bamba,

    Debtor.

---

ABASS YAYA BAMBA,

    Appellant,

v.

DOMINION FINANCIAL SERVICES, LLC,

    Appellee.

---

## ORDER

---

    The matter before the Court is an appeal by debtor Abass Yaya Bamba from the February 3, 2025 order [Docket No. 2-1] and the February 25, 2025 order [Docket No. 2-2] of the United States Bankruptcy Court for the District of Colorado (the "bankruptcy court") overruling Mr. Bamba's claim objection and denying Mr. Bamba's motion to reconsider. These orders were both part of Mr. Bamba's Chapter 13 bankruptcy case. The Court has jurisdiction pursuant to 28 U.S.C. § 158(a).

    On October 31, 2025, the bankruptcy court dismissed Mr. Bamba's Chapter 13 bankruptcy case. *In re Bamba*, No. 24-11589, Docket No. 269 (Bankr. D. Colo. Oct. 31,

2025). Thus, Mr. Bamba's appeal of the February 3, 2025 order and the February 25, 2025 order is moot.

Therefore, it is

**ORDERED** that the appeal of the February 3, 2025 order of the Bankruptcy Court overruling Mr. Bamba's claim objection [Docket No. 2-1] is **DENIED as moot**. It is further

**ORDERED** that the appeal of the February 25, 2025 order of the Bankruptcy Court denying Mr. Bamba's motion to reconsider [Docket No. 2-2] is **DENIED as moot**. It is further

**ORDERED** that this case is closed.

DATED December 4, 2025.

BY THE COURT:

PHILIP A. BRIMMER
Chief United States District Judge